**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**MARGARET DEVENY**                                                  **PLAINTIFF**

v.                                                      **CAUSE NO. 1:06CV175**

**LOWE'S HOME CENTERS, INC., et al.**
                                                                          **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came for hearing on behalf of the Plaintiff, Margaret Deveny, to dismiss the above-captioned civil action with prejudice against Defendants, Lowe's Home Centers, Inc., Bakery and Confectionery Union, and Industry International Health Benefits Fund. Accordingly, the Court being fully informed in the premises and finding that it is the intention of the parties that this action be dismissed with prejudice, finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that this civil action against Defendants, Lowe's Home Centers, Inc., Bakery and Confectionery Union, and Industry International Health Benefits Fund is hereby dismissed with prejudice, with each party bearing its own costs.

SO ORDERED AND ADJUDGED, this the 4th day of December, 2007.

                                                             /s/ Sharion Aycock
                                                             U. S. DISTRICT COURT JUDGE

APPROVED:

| /s/ Kimla C. Johnson | /s/ Lee A. Durrett |
|---|---|
| Kimla C. Johnson, Attorney for Plaintiff | Lee A. Durrett, Attorney for Defendant Lowe's Home Centers, Inc. |